IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM R. PESKIN and MARK PERKINS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PEACHTREE INVESTMENT SOLUTIONS, LLC, et al.,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) **CASE NO. 1:21-cv-00002-SCJ**<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**
**REGARDING BRIEFING ON MOTIONS TO DISMISS**

For good cause shown, it is hereby **ORDERED** that the parties' deadlines and page limits for motion to dismiss briefs shall be as follows:

**Defendants' Motion to Dismiss Briefs**

1. On or before June 23, 2021, Defendants shall file one consolidated brief in support of their motions to dismiss of no more than 50 pages;

2. On or before June 23, 2021, each defendant group (*i.e.*, an entity and any related entity and individual defendants) may file a separate motion to dismiss brief of no more than 15 pages;

1

3. Defendants' consolidated brief may be expressly incorporated by reference into each separate brief, in whole or in part; and

4. No other incorporation by reference by Defendants shall be allowed.

**Plaintiffs' Response Briefs**

5. On or before August 11, 2021, Plaintiffs shall file one consolidated brief in response to Defendants' consolidated motion to dismiss brief of no more than 50 pages;

6. On or before August 11, 2021, Plaintiffs shall file separate briefs of no more than 15 pages in response to each of the separate motion to dismiss briefs filed by Defendants;

7. Plaintiffs' consolidated brief may be expressly incorporated by reference into each separate brief, in whole or in part; and

8. No other incorporation by reference by Plaintiffs shall be allowed.

**Defendants' Reply Briefs**

9. On or before September 22, 2021, Defendants shall file one consolidated reply brief in support of their motions to dismiss of no more than 25 pages;

10. On or before September 22, 2021, each defendant group may file a separate reply brief in support of their motions to dismiss brief of no more than 10 pages;

11. Defendants' consolidated reply brief may be expressly incorporated by reference into each separate reply brief, in whole or in part; and

12. No other incorporation by reference by Defendants shall be allowed.

**SO ORDERED** this 19th day of ___April___, 2021.

                                             s/Steve C. Jones  
                                             Hon. Steve C. Jones  
                                             United States District Judge