**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WILLIAM R. PESKIN; MARK PERKINS; KENNETH L. KLAER; and MARIE R. KLAER, on behalf of themselves and all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PEACHTREE INVESTMENT SOLUTIONS, LLC, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 1:21-cv-00002-SCJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF ITS RESPONSES TO MOTIONS TO DISMISS**

Plaintiffs respectfully submit this Notice of Supplemental Authority to alert the Court to an important development in *Coe v. Proskauer Rose LLP*, 360 Ga. App. 68 (2021). Plaintiffs cited this case in their Response to Defendants' Consolidated Motion to Dismiss First Amended Complaint, Dkt. 128, at 44-45, 47. Defendants likewise cited this case in their Joint Reply in Support of their Joint Motion to Dismiss First Amended Complaint, Dkt. 137, at 22-23. The Georgia Supreme Court recently granted a writ of certiorari in the case on two key issues that could impact the limitations analysis here. *See* Exhibit 1.

1

Date: January 11, 2022

      Respectfully submitted,

/s/ *Jeven R. Sloan*
David R. Deary*
davidd@ldsrlaw.com
W. Ralph Canada, Jr.*
ralphc@ldsrlaw.com
Jeven Sloan (GA Bar No. 652727)
jevens@ldsrlaw.com
Wilson E. Wray, Jr.*
wilsonw@ldsrlaw.com
John McKenzie*
johnm@ldsrlaw.com
Donna Lee*
donnal@ldsrlaw.com
Tyler M. Simpson*
tylers@ldsrlaw.com
**LOEWINSOHN DEARY SIMON RAY LLP**
12377 Merit Drive, Suite 900
Dallas, Texas 75251
(214) 572-1700 Telephone
(214) 572-1717 Facsimile
* Admitted *Pro Hac Vice*

Edward J. Rappaport (GA Bar No. 594841)
erappaport@saylorlaw.com
**THE SAYLOR LAW FIRM LLP**
1201 W. Peachtree Street
Suite 3220
Atlanta, GA 30309
(404) 892-4400 Telephone

*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing document was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1

*/s/ Tyler M. Simpson*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 11, 2022, a true and correct copy of the foregoing document was filed with the Clerk of the Court by using the CM/ECF system.

*/s/ Tyler M. Simpson*