# EXHIBIT 1



SUPREME COURT OF GEORGIA
Case No. S21C1250; S21G1250

January 11, 2022

The Honorable Supreme Court met pursuant to adjournment.

The following order was passed:

DOUGLAS COE et al. v. PROSKAUER ROSE, LLP.

Court of Appeals Case No. A21A0142

The Supreme Court today granted the writ of certiorari in this case.

This case will be assigned to the May 2022 oral argument calendar automatically under Supreme Court Rule 50 (1) (a). Oral argument is mandatory in granted certiorari cases.

This Court is particularly concerned with the following issue or issues:

1. Were the Plaintiffs' claims of fraud and negligent misrepresentation barred by the four-year statute of limitations period applicable to legal malpractice claims?

2. Did the Plaintiffs fail, as a matter of law, to exercise ordinary care to discover the Defendant's allegedly fraudulent acts?

Briefs should be submitted only on these points. See Supreme Court Rule 45.

*All the Justices concur, except Bethel, J., disqualified.*

**SUPREME COURT OF THE STATE OF GEORGIA**
Clerk's Office, Atlanta

I certify that the above is a true extract from the minutes of the Supreme Court of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk

2