IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WILLIAM R. PESKIN, MARK PERKINS; KENNETH L. KLAER; and MARIE R. KLAER, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PEACHTREE INVESTMENT SOLUTIONS, LLC; DWAYNE PETERSON DAVIS; J. STEPHEN BUSH; OLD IVY CAPITAL PARTNERS, LLC; DANIEL S. CARBONARA; BRYAN CAVE LEIGHTON PAISNER LLP; TENNILLE & ASSOCIATES, INC.; JEAN H. ROBERTS, IN HER CAPACITY AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF DAVID R. ROBERTS; FOOTHILLS LAND CONSERVANCY, INC.; WILLIAM C. CLABOUGH, SR.; and WARREN AVERETT, LLC,<br><br>*Defendants*. | C.A. No. 1:21-cv-00002-SCJ<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' NOTICE OF
<u>SUPPLEMENTAL AUTHORITY (DKT. 151)</u>**

Defendants respectfully submit this Joint Response to Plaintiffs' Notice of Supplemental Authority regarding the Georgia Supreme Court's recent grant of certiorari in *Coe v. Proskauer Rose LLP*, Case No. S21C1250. Plaintiffs' contention that the grant of certiorari on two issues in that case "could impact the limitations analysis here" is wrong. Dkt. 151.

*Coe v. Proskauer Rose LLP*, 360 Ga. App. 68 (2021), is one of the many cases Defendants have cited for the well-settled proposition that malpractice claims accrue at the time allegedly deficient advice is given (rather than when injury is sustained). *See* Dkt. 137 at 22–23. The Georgia Supreme Court has not granted certiorari to revisit the accrual-upon-advice rule for malpractice claims; to the contrary, it is poised to consider whether that rule should *also* apply to fraud and negligent misrepresentation claims. *See* Dkt. 151-1 (Question 1).

Further, the fact the Georgia Supreme Court has also taken up an issue related to tolling says nothing about how it will ultimately resolve that issue. *See id.* (Question 2). And even if the Georgia Supreme Court were to reverse on the narrow issue presented, it would not change the result in this case. *See* Dkt. 112-1 at 48–50 (explaining that Plaintiffs' fraudulent concealment argument fails for five, independently sufficient reasons).

Dated: January 14, 2022

Respectfully submitted,

**COUNSEL FOR DEFENDANT BRYAN CAVE LEIGHTON PAISNER LLP**

 /s/ *Eric P. Schroeder*

Eric P. Schroeder
(Ga. Bar No. 629880)
Brian McKinley Underwood, Jr.
(Ga. Bar No. 804091)
BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center, 14th Floor
1201 West Peachtree St., N.W.
Atlanta, GA 30309-3471
(404) 572-6600
eric.schroeder@bclplaw.com
brian.underwood@bclplaw.com

Kevin S. Rosen (*pro hac vice*)
Joseph R. Rose (*pro hac vice*)
Daniel S. Nowicki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, 46th Floor
Los Angeles, CA 90071-3197
(213) 229-7000
krosen@gibsondunn.com

*Attorneys for Defendant Bryan Cave Leighton Paisner LLP*

\*\* /s/ *David L. Pardue*
David L. Pardue
(Ga. Bar No. 561217)
PARKER POE ADAMS &

\*\* /s/ *Blake Robert Carl*
Blake Robert Carl
(Ga. Bar No. 272829)
Jeffrey Michael Reilly, Jr.

BERNSTEIN LLP
1075 Peachtree Street, NE
Suite 1500
Atlanta, GA 30309
(678) 690-5726
davidpardue@parkerpoe.com

Stephen Vincent Carey (*pro hac vice*)
PARKER POE ADAMS &
 BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
P.O. Box 389
Raleigh, NC 27601
(919) 828-0564
stevecarey@parkerpoe.com

*Attorneys for Defendants Peachtree Investment Solutions, Dwayne Peterson Davis, & J. Stephen Busch*

(Ga. Bar No. 303359)
DUPREE, KIMBROUGH &
CARL LLP
P.O. Box 525
49 Green Street
Marietta, GA 30061
(770) 424-7171
bcarl@dupree-lawfirm.com
jreilly@dupree-lawfirm.com

*Attorneys for Defendants Old Ivy Capital Partners, LLC & Daniel S. Carbonara*

** /s/ *Barbara Anne Marschalk*
Barbara Anne Marschalk
(Ga. Bar No. 324498)
Leslie Paige Becknell
(Ga. Bar No. 046320)
Roberto Bazzani
(Ga. Bar No. 609464)
DREW ECKL & FARNHAM
303 Peachtree Street NE
Suite 3500
Atlanta, GA 30308
(404) 885-1400
bmarschalk@deflaw.com
lbecknell@deflaw.com
bazzanir@deflaw.com

*Attorneys for Defendants Tennille & Associates, Inc. & Jean H. Roberts*

** /s/ *Dana Kristin Maine*
Dana Kristin Maine
(Ga. Bar No. 466580)
Travis Cashbaugh
(Ga. Bar No. 380162)
FREEMAN MATHIS & GARY
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000
dmaine@fmglaw.com

*Attorney for Defendants Foothills Land Conservancy, Inc. & William C. Clabough, Sr.*

4

**\*\*** /s/ *Robert C. Khayat, Jr.*
Robert C. Khayat, Jr.
(Ga. Bar No. 416981)
THE KHAYAT LAW FIRM
75 Fourteenth Street NE
Suite 2750
Atlanta, GA 30309
(404) 978-2750
rkhayat@khayatlawfirm.com

*Attorney for Defendant Warren Averett, LLC*

**\*\****Pursuant to Appendix H to the Civil Local Rules, the electronic signatory has confirmed that the content of the document is acceptable.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2022, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

      /s/ *Eric P. Schroeder*
      Eric P. Schroeder

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that on January 14, 2022, the foregoing complies with the font and point selection approved by this Court in Local Rule 5.1(B). This paper was prepared on a computer using Century Schoolbook thirteen-point font, double-spaced.

      /s/ *Eric P. Schroeder*
      Eric P. Schroeder