IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM R. PESKIN, MARK PERKINS, KENNETH L. KLAER, and MARIE R. KLAER, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PEACHTREE INVESTMENT SOLUTIONS, LLC, DWAYNE PETERSON DAVIS and J. STEPHEN BUSH,<br><br>*Defendants*. | C.A. No. 1:21-cv-00002-SCJ<br><br>**NOTICE OF INTENT TO WITHDRAW PURSUANT TO LOCAL CIV. RULE 83.1(E)** |

PARKER POE ADAMS & BERNSTEIN, LLP, DAVID L. PURDUE, STEPHEN V. CAREY and MICHAEL A. GOLDSTICKER ("Counsel") hereby provide the following notice to PEACHTREE INVESTMENT SOLUTIONS, LLC, DWAYNE PETERSON DAVIS and J. STEPHEN BUSH ("Clients") of their intent to seek permission from the Court to withdraw as counsel pursuant to Rule 83.1(E) of the Local Civil Rules of the United States District Court for the Northern District of Georgia. If the Court grants Counsel's motion to withdraw,

> 1) the United States District Court for the Northern District of Georgia, Atlanta Division will retain jurisdiction over the case regardless of the outcome of a motion to withdraw;
>
> 2) Clients will be responsible for keeping the Court informed about appropriate addresses or locations where notices, pleadings and other papers may be served. Unless otherwise informed, the Court will serve notices and other papers in the case to Clients' last known address(es);
>
> 3) Clients' failure or refusal to satisfy Court-related obligations may result in adverse consequences;
>
> 4) No proceedings are currently scheduled in the case, so no proceedings will be impacted by the proposed withdrawal;
>
> 5) Peachtree Investment Solutions, LLC must be represented by an attorney who must sign all pleadings and other papers submitted to the Court. A corporate officer may not serve as counsel for Peachtree Investment Solutions, LLC unless that officer is admitted to the bar of the Northern District of Georgia, or is admitted *pro hac vice* in the case. Failure to comply with this requirement could result in default judgment being entered against Peachtree Investment Solutions, LLC.

PPAB 9302964v2

Clients have fourteen (14) days from the date of service of this notice to object to Counsel's intended motion to withdraw.

Respectfully submitted this 19th day of May, 2023.

*Of Counsel:*
Stephen V. Carey
Michael A. Goldsticker
PARKER POE ADAMS &
BERNSTEIN LLP
301 Fayetteville Street
Raleigh, NC 27601
stevecarey@parkerpoe.com
michaelgoldsticker@parkerpoe.com

/s/ David L. Purdue
David L. Pardue (GA Bar No. 561217)
PARKER POE ADAMS & BERNSTEIN, LLP
1075 Peachtree Street, N.E.
Suite 1500
Atlanta, GA 30309
Tel.: 678-690-5750
Fax: 404-869-6972
davidpardue@parkerpoe.com

*Counsel for Defendants Peachtree Investment Solutions, LLC, Dwayne Peterson Davis, and J. Stephen Bush*