UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM R. PESKIN; MARK PERKINS; KENNETH L. KLAER; and MARIE R. KLAER, on behalf of themselves and all other similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>PEACHTREE INVESTMENT SOLUTIONS, LLC, et al.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-00002-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice.

Dated at Atlanta, Georgia, this 27th day of September, 2023.

                                                KEVIN P. WEIMER
                                              CLERK OF COURT

                            By:   s/Shane Gazaway
                                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
     September 27, 2023

Kevin P. Weimer
Clerk of Court

By:  s/Shane Gazaway
       Deputy Clerk